IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In Re:                                    )
                                          )        Nos. 06-97M  (MPT)
SEARCH WARRANT                            )

### MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its undersigned counsel, and

hereby moves this Honorable Court to unseal the file, substituting the original Application and

Affidavit for Search Warrant, Search Warrant, and Search Warrant Return, which original

documents are to remain sealed, with the enclosed redacted copies of those documents from which

is redacted privacy policy information.

COLM F. CONNOLLY
United States Attorney

By:

Edmond Falgowski
Assistant United States Attorney

Dated: 6 - 71 - 04

**IT IS SO ORDERED** this _2_ day of _November_ , 2006.

HONORABLE MARY PAT THYNGE
United States Magistrate Judge

FILED

NOV -1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE