93 (Rev. 5/85) Search Warrant

# United States District Court

DISTRICT OF __DELAWARE__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Dover, Delaware 19904,
described more particularly on
Attachment A

## SEARCH WARRANT

CASE NUMBER: 06-97M

**REDACTED**

TO: __Special Agent David B. Yeary, ICE,__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent David B. Yeary__ who has reason to
                                              Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

▮▮▮▮▮▮▮▮▮▮ Dover, Delaware 19904, described more particularly on Attachment A

in the _____ District of __Delaware__ there is now
concealed a certain person or property, namely (describe the person or property)

see Attachment B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __September 2, 2006__
                                                                        Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____ U.S. Judge or Magistrate as required by law. You are further authorized to comply with the conditions of Attachment C.

FILED
NOV - 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

__August 23, 2006 2:46 p.m.__          at __Wilmington, Delaware__
Date and Time Issued                        City and State

Honorable Mary Pat Thynge
United States Magistrate Judge                    _____
Name and Title of Judicial Officer                Signature of Judicial Officer

A3 (Rev. 5/85) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 08-25-06 | 08-30-06 09:00 | MICHAEL TRITT |

INVENTORY MADE IN THE PRESENCE OF
SA M. DESHAIS, ICE, MICHAEL TRITT

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED INVENTORY LOG

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____  9/18/06
U.S. Judge or Magistrate            Date

## ATTACHMENT A

### DESCRIPTION OF PROPERTY TO BE SEARCHED

████████████████ **Dover DE 19904** (the "SUBJECT PREMISES"), which is more particularly described as ████████ Apartment Building located in the apartment complex known as ████████████████████████████ building on the right when you enter ████████████████████████████████ There is a number ████ located on the right corner of the building as it faces ████████ To gain entrance to the building you have to entered through the parking lot side of the building, above this entrance there is also a number ████████████ located on the ████████ of this building.

## ATTACHMENT B

### ITEMS TO BE SEARCHED FOR AND SEIZED

A.  images of child pornography and files containing images of child pornography in any form wherever it may be stored or found including, but not limited to:

   i. any computer, computer system and related peripherals; tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, hardware and software operating manuals, tape systems and hard drive and other computer related operation equipment, digital cameras, scanners, computer photographs, Graphic Interchange formats and/or photographs, undeveloped photographic film, slides, and other visual depictions of such Graphic Interchange formats (including, but not limited to, JPG, GIF, TIF, AVI, and MPEG), and any electronic data storage devices including, but not limited to hardware, software, diskettes, backup tapes, CD-ROMS, DVD, Flash memory devices, and other storage mediums; any input/output peripheral devices, including but not limited to passwords, data security devices and related documentation, and any hardware/software manuals related to or used to: visually depict child pornography; contain information pertaining to the interest in child pornography; and/or distribute, receive, or possess child pornography, or information pertaining to an interest in child pornography, or information pertaining to an interest in child pornography;

   ii. books and magazines containing visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

   iii. originals, copies, and negatives of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256; and

   iv. motion pictures, films, videos, and other recordings of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

B.  information or correspondence pertaining to the possession, receipt or distribution of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256, that were transmitted or received using computer, some other facility or means of interstate or foreign commerce, common carrier, or the U.S. mail including, but not limited to:

   i. envelopes, letters, and other correspondence including, but not limited to, electronic mail, chat logs, and electronic messages, establishing possession, access to, or transmission through interstate or foreign commerce, including by United States mail or by computer, of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256. Said records are to

       include communication with dykstra@hotmail.com account, and access to http://mhumbu.badlink.net; http://pliac.hotfire.net; and http://hualama.cjb.net, and also the following digital videos: http://209.160.64.123/222/movies/1/006.avi; http://209.160.64.123/222/movies/part29-13/lil_bj_butt.avi      ; and http://209.160.64.123/222/movies/part27-10/lindaridesondick.wmv.

  ii.  books, ledgers, and records bearing on the production, reproduction, receipt, shipment, orders, requests, trades, purchases, or transactions of any kind involving the transmission through interstate or foreign commerce including by United States mail or by computer of any visual depiction of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

C.   credit card information, including but not limited to billing and payment records, for all credit card accounts, including the check card account of USAA Saving Bank, account ▓▓▓▓▓▓▓▓▓▓▓▓.

D.   records evidencing occupancy or ownership of the premises described above, including, but not limited to, utility and telephone bills, mail envelopes, or addressed correspondence; and

E.   records or other items which evidence ownership or use of computer equipment found in the above residence, including, but not limited to, sales receipts, bills for Internet access (to include Comcast Cable, Communication), and handwritten notes.

## ATTACHMENT C

With respect to any videotapes, cameras, film, and such media, and any computer hardware, software, and digital storage media, authorization is hereby granted for ICE special agents, and other law enforcement officers under their direction, to remove such items from the premises in order for them to be processed off the premises at a later time for the items described on Attachment B.



# Department of Homeland Security
## Immigration and Customs Enforcement

Case Number
WM07QR06WM0001

| Agent's Initials | Location of Item | Description of Item |
|---|---|---|
| W.H. | Master Bedroom | Dell Dimension 8200 Tower, S/N ▓▓▓ |
| W.H. | Master Bedroom/Drawer | Sony MVC-FD92 Digital Camera w/ Memory Stick |
| W.H. | Master Bedroom | 37 3½" Floppy Disks + Disk Holder |
| W.H. | Master Bedroom | 5 CD-Rs; 4 CD-RWs |
| W.H. | Master Bedroom | 9 DVDs |
| W.H. | Master Bedroom | Kodak Funsaver 35 Disposable Film Camera |
| W.H. | Second Bedroom | 24 3½" Floppy Disks |
| W.H. | Second Bedroom | 7 CD-Rs |